<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6727

KEVIN LEROY ROSS,

Plaintiff - Appellant,

versus

CARL PENDELL, Classification Supervisor at
Henrico County Jail,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-00-182)

Submitted: August 29, 2002       Decided: September 5, 2002

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin Leroy Ross, Appellant Pro Se. Hugh McCoy Fain, III, Mary
Elizabeth Davis, SPOTTS, FAIN, CHAPPELL & ANDERSON, Richmond,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin Leroy Ross appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ross v. Pendell, No. CA-00-182 (E.D. Va. Mar. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED